IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WORLD FUEL SERVICES, INC.**,<br><br>                           Plaintiff,<br><br>    v.<br><br>**ANDREW M. MARTIN**,<br><br>                          Defendant. | Case No. 3:16-cv-02303-MO<br><br>**ORDER RESTRAINING USE OF FUNDS GENERATED THROUGH SALE OF THE PROPERTY AT ISSUE** |

      THIS MATTER came before the Court on Wednesday, September 20, 2017 at 2:30 p.m., on Plaintiff's Motion for Issuance of Immediate Provisional Process [ECF No. 41]. Plaintiff was represented at the hearing by attorneys James P. Laurick and Graham M. Sweitzer. Defendant was represented by attorneys Pamela S. Hediger and Cary B. Stephens.

      The Court, having considered the written and oral arguments presented **HEREBY ORDERS** pursuant to ORCP 83(E) and ORS 95.260(1)(b) that Defendant is restrained from transferring, spending or disbursing funds generated through any sale of the property at issue[1] ("the Property") while this lawsuit remains pending. Any funds generated through a sale or transfer of ownership of the Property while this lawsuit is pending shall be deposited and maintained in a client trust account held by Defendant's attorney's law firm, Barnhisel, Barlow Stephens & Costa, PC.

---

[1] The Property is located at 3800 NE Three Mile Lane, McMinville, OR 97128; Yamhill County, Tax Lot No. R4426-00102.

/ / /

During the period of time that Defendant is restrained from spending or disbursing funds generated through any sale of the Property, Plaintiff shall secure and maintain a bond in the amount of $200,000.00. Said bond shall be in the form provided by ORCP 82(A)(5).

DATED: 22 Sep.'17

*/s/ Michael W. Mosman*
Judge Michael W. Mosman
Chief United States District Court Judge
for the District of Oregon